UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHELLE CHICCO,

                      **Plaintiff,**

      -against-

FIRST UNUM LIFE INSURANCE COMPANY,

                      **Defendant.**

-----------------------------------------------------------------X

20-CV-10593 (VSB)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2021

**SARAH NETBURN, United States Magistrate Judge:**

      On March 10, 2021, the Honorable Vernon S. Broderick referred this case to my docket for general pretrial supervision. Given the dispute over whether discovery is appropriate in this matter, the Court will hold a conference on Thursday, March 18, 2021, at 11:00 a.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 11, 2021
                New York, New York