

**RIEMER | HESS** LLC
ATTORNEYS AT LAW

275 MADISON AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10016
T 212.297.0700  F 212.297.0730
info@riemerhess.com | www.riemerhess.com

November 22, 2021

**Via CM/ECF**
Honorable Denise L. Cote
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

    Re:    *Chicco v. First Unum Life Insurance Company*, Index No. 1:20-cv-10593-DLC
             Request to Maintain Redactions

Dear Judge Cote,

    We write on behalf of Plaintiff, Ms. Michelle Chicco, and in accordance with Section 8.B. of Your Honor's Individual Rules & Practices in Civil Cases, to request that the Court maintain under seal certain redactions in the "Plaintiff Michelle Chicco's Bench Trial Brief on a Stipulated Record," that reflect information contained in documents Bates stamped Chicco v. Unum Confidential 0001 through 0024, filed today under seal by Defendant (ECF No. 35) pursuant to the Stipulation and Order Regarding Bench Trial (ECF No. 32).

    The proposed redactions are narrowly tailored to protect the confidentiality of the subject matter at issue.

                                      Respectfully Submitted,

*Granted.*
*/s/ Denise Cote*
*11/29/21*

                    By:    */s/ Jennifer L. Hess*
                           Jennifer L. Hess (JS3684)
                           RIEMER HESS LLC
                           *Attorneys for Plaintiff, Michelle Chicco*
                           275 Madison Avenue, 26th Floor
                           New York, New York 10016
                           (212) 297-0700, Ext. 102
                           jhess@riemerhess.com