```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MICHELLE CHICCO,                         :
                                         :
                    Plaintiff,           :     20cv10593 (DLC)
                                         :
           -v-                           :         ORDER
                                         :
FIRST UNUM LIFE INSURANCE CO.,           :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 3, 2022, this Court issued findings of fact and conclusions of law holding First Unum Life Insurance Co. liable for the plaintiff's claims. Accordingly, it is hereby

ORDERED that the parties shall by **March 9, 2022** submit a proposed schedule for briefing with respect to attorney's fees and damages.

SO ORDERED:

Dated:     New York, New York
           March 3, 2022

                                     _____
                                              DENISE COTE
                                     United States District Judge