```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   20cv10593 (DLC)
MICHELLE CHICCO,                        :
                                        :       ORDER
                         Plaintiff,     :
             -v-                        :
                                        :
FIRST UNUM LIFE INSURANCE CO.,          :
                                        :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's March 17, 2022 motion for reconsideration, it is hereby

ORDERED that the plaintiff shall file any opposition by **March 25, 2022.** The defendant shall file any reply by **March 29, 2022.**

IT IS FURTHER ORDERED that at the time the motion papers are filed, the party shall supply chambers with two (2) courtesy copies of the papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         March 18, 2022

```
                              _____
                                    DENISE COTE
                              United States District Judge
```