```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   20cv10593 (DLC)
MICHELLE CHICCO,                         :
                                         :        ORDER
                            Plaintiff,   :
                                         :
            -v-                          :
                                         :
FIRST UNUM LIFE INSURANCE CO.,           :
                                         :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **May 25, 2022**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         April 25, 2022

                                          _____
                                          DENISE COTE
                                          United States District Judge